IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01492-MSK-MEH

MARK HILL,
POLO AGUIRRE,
JOSE BACA,
LAUTE BACHICHA, JR.
STEVEN BIRCHFIELD,
LONNIE BLAKE,
JAMEY BLOCK,
DONALD COOPERRIDER,
MATHEW CORBETT,
EDWARD CORDOVA, JR.
LEONARD DIAZ,
JOHN ESTRADA,
JAMES FAZZONE,
PATRICK HAGGERTY,
TREVOR HAMILTON,
CHARLES HOLMAN,
DUSTIN JERNBERG,
ERIC LARSEN,
RAYMONDO MARTINEZ,
LARRY MYLES,
ANANIAS NUNEZ,
JAMES PERRY,
RONALD POLLOCK,
WILLIAM RAYMOND,
DOMINIC RINALDI,
JESSIE SANCHEZ,
LEONARD SANCHEZ,
JOHNNY SIZEMORE,
WILLIAM WAKEFIELD, and
ANTONIO YOUNG,

              Plaintiffs,

v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
AIMCO PROPERTIES, L.P., and
NHP MANAGMENT, INC.,

              Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 18th day of July, 2007.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge