IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01492-MSK-MEH

MARK HILL,
POLO AGUIRRE,
JOSE BACA,
LAUTE BACHICHA, JR.,
STEVEN BIRCHFIELD,
LONNIE BLACK,
JAMEY BLOCK,
DONALD COOPERRIDER,
MATHEW CORBETT,
EDWARD CORDOVA, JR.,
LEONARD DIAZ,
JOHN ESTRADA,
JAMES FAZZONE,
PATRICK HAGGERTY,
TREVOR HAMILTON,
CHARLES HOLMAN,
DUSTIN JERNBERG,
ERIC LARSEN,
RAYMONDO MARTINEZ,
LARRY MYLES,
ANANIAS NUNEZ,
JAMES PERRY,
RONALD POLLOCK,
WILLIAM RAYMOND,
DOMINIC RINALDI,
JESSIE SANCHES,
LEONARD SANCHEZ,
JOHNNY SIZEMORE,
WILLIAM WAKEFIELD, and
ANTONIO YOUNG,

       PlaintiffS,
v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
AIMCO PROPERTIES, L.P., and
NHP MANAGEMENT, INC.,

       Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2007.**

Plaintiffs' Motion to Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation ("Motion") [filed December 7, 2007; doc #26] is **denied**. The Scheduling Order in this matter was filed by the parties and entered by this Court on November 13, 2007. Two days later, Plaintiffs filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") to transfer this and approximately 20 other cases filed across the country to the U.S. District Court for the District of Columbia. Clearly, at the time of the preparation and entry of the Scheduling Order in this matter, Plaintiffs anticipated the basis upon which they now seek a stay.

In fact, the Scheduling Order was tailored according to an agreement reached by Plaintiffs and Defendants for case planning and management with respect to the cases filed across the country. As such, the only "court proceeding" scheduled between today's date and the discovery deadline of July 16, 2008 is a short conference scheduled for March 3, 2008 at which the parties will discuss the status of Plaintiffs' motion filed with the JPML. Therefore, the Scheduling Order entered in this case on November 13, 2007 will remain in effect, counsel shall comply with the discovery deadlines therein, and all deadlines and conference dates shall remain the same.