**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  Date: December 10, 2008
Court Reporter: Janet Coppock

Civil Action No. 07-cv-01492-MSK

*Parties*:                                                      *Counsel Appearing:*

MARK HILL,                                                      Llezlie Green (by telephone)
POLO AGUIRRE,
JOSE BACA,
LAUTE BACHICHA, JR.
STEVEN BIRCHFIELD,
LONNIE BLAKE,
JAMEY BLOCK,
DONALD COOPERRIDER,
MATHEW CORBETT,
EDWARD CORDOVA, JR.
LEONARD DIAZ,
JOHN ESTRADA,
JAMES FAZZONE,
PATRICK HAGGERTY,
TREVOR HAMILTON,
CHARLES HOLMAN,
DUSTIN JERNBERG,
ERIC LARSEN,
RAYMONDO MARTINEZ,
LARRY MYLES,
ANANIAS NUNEZ,
JAMES PERRY,
RONALD POLLOCK,
WILLIAM RAYMOND,
DOMINIC RINALDI,
JESSIE SANCHEZ,
LEONARD SANCHEZ,
JOHNNY SIZEMORE,
WILLIAM WAKEFIELD, and
ANTONIO YOUNG,

            Plaintiffs,

v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
AIMCO PROPERTIES, L.P., and
NHP MANAGMENT, INC.,

Thomas Hazard

       Defendants.

## COURTROOM MINUTES

HEARING:    Final Pretrial Conference.

**4:11 p.m.**    **Court in session.**

Llezlie Green appears by phone. No plaintiffs or plaintiffs *pro se* are present. Mr. Hazard is present for defendants. No client representative is present.

The parties advise that the case has been settled. Mr. Hazard requests that the *pro se* plaintiffs be dismissed per Magistrate Tafoya's recommendation (Doc. #67) and once that is done, the dismissal papers will be filed.

The Court addresses the outstanding issues.

**ORDER**:    The Court agrees and adopts the recommendation of Magistrate Tafoya (**Doc. #67**) to dismiss all *pro se* plaintiffs for failure to prosecute. Defendants Bachicha, Birchfield, Blake, Block, Cordova, Diaz, Martinez, Raymond, Rinaldi and Young are **DISMISSED** and the caption should be amended accordingly.

**ORDER**:    Motion at Doc. #81 is **DENIED** as moot.

**ORDER**:    Motion to Dismiss *pro se* plaintiff Matthew Corbett (Doc. #95) is **GRANTED** without prejudice.

The parties agree between themselves that a pretrial order is not necessary because the case has been resolved and advise the court that the stipulation for dismissal will be filed on **December 11, 2008.**

**4:21 p.m.**    **Court in recess.**

**Total Time:**    **10 minutes.**
**Hearing concluded.**