**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| MARK HILL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 07-CV-1492-MSK-KMT |
| | ) |
| APARTMENT INVESTMENT AND | ) |
| MANAGEMENT COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO APPROVE SETTLEMENT**

As set forth more fully in the Memorandum In Support of Motion to Approve Settlement, the parties jointly move this Court to approve the proposed settlement agreement. The parties have negotiated on an arms' length basis a compromise of their dispute that all parties agree is fair, adequate and reasonable, and the Plaintiffs have agreed to settle their claims under the proposed settlement terms.

Accordingly, the parties respectfully request this Court issue an order approving the proposed settlement agreement

| | |
|---|---|
| Dated:  December 11, 2008 | Respectfully submitted, |

By: */s/ Thomas E.J. Hazard*      By: */s/ Llezlie L. Green*

| | |
|---|---|
| John M. Husband, P.C. | Joseph M. Sellers |
| Thomas E.J. Hazard, P.C. | Llezlie L. Green |
| Christina F. Gomez | COHEN MILSTEIN SELLERS & TOLL   PLLC |
| Tanya E. Milligan | 1100 New York Avenue, N.W. |
| HOLLAND & HART, LLP | Suite 500, West Tower |
| 555 Seventeenth Street | Washington, DC  20005 |
| Suite 3200 | Telephone:     (202) 408-4600 |
| Denver, CO  80202 | Facsimile:      (202) 408-4699 |
| Telephone:   (303) 295-8000 | |
| Facsimile:   (303) 295-8261 | And |
| | |
| And | W. Thomas Lacy, Jr. |
| | LACY & SNYDER, LLP |
| Antonio Robinson | 300 Prime Point |
| LITTLER MENDELSON, P.C. | Peachtree City, GA 30269 |
| 3348 Peachtree Road, NE | Telephone: (770) 486-8445 |
| Suite 1100 | Facsimile: (770) 486-8889 |
| Atlanta, GA 30326 | |
| Telephone: (404) 760-3962 | *Attorneys for Plaintiffs* |
| Facsimile: (404) 233-2361 | |

*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 11th day of December, 2008, I caused a true and accurate copy of the Motion to Approve Settlement be served via the electronic filing system upon:

John Husband  
Christina Gomez  
Tanya E. Milligan  
Thomas E. J. Hazard  
Holland & Hart  
555 Seventeenth Street  
Suite 3200  
Denver, Colorado 80202  

                */s/Llezlie L. Green*  
                Llezlie L. Green