IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01492-MSK-KMT

MARK HILL,
POLO AGUIRRE,
JOSE BACA,
DONALD COOPERRIDER,
MATHEW CORBETT,
JOHN ESTRADA,
JAMES FAZZONE,
PATRICK HAGGERTY,
TREVOR HAMILTON,
CHARLES HOLMAN,
DUSTIN JERNBERG,
ERIC LARSEN,
LARRY MYLES,
ANANIAS NUNEZ,
JAMES PERRY,
RONALD POLLOCK,
JESSIE SANCHEZ,
LEONARD SANCHEZ,
JOHNNY SIZEMORE, and
WILLIAM WAKEFIELD,

       Plaintiffs,

v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
AIMCO PROPERTIES, L.P., and
NHP MANAGEMENT, INC.,

       Defendants.

_____

**ORDER GRANTING, IN PART, MOTION TO APPROVE SETTLEMENT**
_____

**THIS MATTER** comes before the Court pursuant to the parties' Motion to Approve

Settlement **(# 102)**. The Court has reviewed the submitted material and finds that counsel have

represented that their clients have been fully advised of the settlement terms and that each has

agreed thereto. In the absence of evidence to the contrary, the Court thus accepts counsel's conclusions that the settlement is fair, reasonable, and adequate.

However, it appearing that the parties have contractually agreed to various provisions, including conclusively resolving any outstanding issues via binding arbitration, there is no purpose to be served by the Court retaining jurisdiction over this matter for 15 months as provided for by the final sentence of Article IX of the Settlement Agreement. That portion of the Settlement Agreement is not approved.

Accordingly, the Motion to Approve Settlement (**# 102**) is **DENIED IN PART**, insofar as the Court declines to approve that portion of the Settlement Agreement that reserves continuing jurisdiction in this Court over this matter, and **GRANTED IN PART**, on the grounds set forth above. There being no further issues requiring judicial resolution, the Clerk of the Court is directed to close this case.

Dated this 11th day of December, 2008

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge