# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MARK HILL, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 07-CV-1492-MSK-KMT ) |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

On December 11, 2008, this Court entered an Order granting, in part, the parties' motion to approve settlement of this litigation. *See* Dkt. No. 104. The parties have now concluded the settlement process: signed releases have been provided to Defendants from each remaining Plaintiff, and Plaintiffs have received their settlement awards.

Accordingly, the parties hereby stipulate and jointly move for the entry of an Order dismissing this action with prejudice. A proposed order is attached for the Court's convenience.

Date: April 6, 2011

By: /s/ *John M. Husband*
John M. Husband, P.C.
Christina F. Gomez
HOLLAND & HART, LLP
555 Seventeenth Street
Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
Facsimile: (303) 295-8261

*Attorneys for Defendants*

By: /s/ *Joseph M. Sellers*
Joseph M. Sellers
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiffs*

5069990_1.DOC

1